UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO.   1:21-mj-0083 |
| | ) | |
| TAYVEON MAJORS, | ) | - 02 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR FEBRUARY 3, 2021**
**HONORABLE TIM A. BAKER, MAGISTRATE JUDGE**

The parties appear for a preliminary and detention hearing.   Defendant appeared in person and by FCD counsel William Dazey.   Government represented by AUSA Will McCoskey.   USPO represented by Justin Meier.

Defendant orally waived his right to physically appear for his detention hearing in the courtroom and consented to appear via video teleconference from the Marion County Jail.

Preliminary hearing held.   Parties submitted to the complaint and attached affidavit and probable cause was found.

Detention hearing held.

Exhibit 1 (PS3) admitted without objection.

Evidence proffered.   Argument presented.   Court grants the government's oral motion for pretrial detention and orders the defendant detained pending trial.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings before the court.

Date: 2/3/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system