UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.   1:21-mj-0083-TAB |
| | ) | |
| JAYVEON MAJORS, and | ) | -01 |
| TAYVEON MAJORS, | ) | -02 |
| | ) | |
| Defendants. | ) | |

ORDER

This matter is before the Court on the government's agreed motion to extend the time in which to return an indictment in this matter.

Having reviewed the motion, the Court finds that a period of delay not to exceed March 2, 2021, is warranted and thus excludable pursuant to Title 18, United States Code, Section 3161(h).   The Court finds that this period of delay is warranted and results from the fact that the defendants and the Government are discussing the issues of this case, and such discussions may lead to a speedy, agreed resolution of any charges against the defendants.   The government also requests additional time to review and disclose evidence and discovery in this case, and to vet newly acquired information relevant to the parties' negotiations.   Title 18, United States Code, Section 3161(h)(7)(A).

The Court also finds that the ends of justice will be served by granting this continuance and outweigh the best interests of public and the defendants in a speedy trial.

IT IS THEREFORE ORDERED, that any indictment or information in this cause be filed by March 2, 2021. It is further ordered that the period of delay from the filing of the motion to and including March 2, 2021, be excluded from the Speedy Trial Act computation.

Date: 2/19/2021

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to Registered Counsel of Record